IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADT Security Services, Inc., | NO. C 11-05149 JW |
|       Plaintiff, | **ORDER SETTING HEARING ON PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |
| v. | |
| Security One Int'l, Inc., et al., | |
|       Defendants. | |

This case was filed on October 20, 2011. (See Docket Item No. 1.) That same day, Plaintiff filed a Motion for Preliminary Injunction[1] and a Motion for Expedited Discovery.[2] Neither of the Motions was noticed for a hearing by Plaintiff.

Upon review, and given the nature of the relief requested by Plaintiff, the Court finds good cause to schedule these Motions for an expedited hearing. Accordingly, the Court ORDERS as follows:

(1) The Court sets **November 14, 2011 at 9 a.m.** for a hearing on Plaintiff's Motion for Preliminary Injunction and Motion for Expedited Discovery.

(2) On or before **November 4, 2011**, Defendants shall file their Oppositions to the Motions.

---

[1] (Notice of Motion and Motion for Preliminary Injunction of Plaintiff ADT Security Services, Inc.; Memorandum of Points and Authorities in Support Thereof, Docket Item No. 3.)

[2] (Notice of Motion and Motion for Expedited Discovery of Plaintiff ADT Security Services, Inc.; Memorandum of Points and Authorities in Support Thereof, Docket Item No. 6.)

(3) On or before **November 8, 2011**, Plaintiff shall file its Replies.

(4) On or before **October 28, 2011**, Plaintiff shall serve the Motions and all relevant documents relating to the Motions and a copy of this Order on Defendants and file the appropriate certificate of service.

Dated: October 26, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Harry Paul Weitzel weitzelh@pepperlaw.com

**Dated:  October 26, 2011**                                      **Richard W. Wieking, Clerk**

                                                                                 **By:      /s/ JW Chambers                        **
                                                                                          **Susan Imbriani**
                                                                                          **Courtroom Deputy**