**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADT SECURITY SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SECURITY ONE INT'L, INC. *et al.*, <br><br> Defendants. | Case No.: C-11-5149 YGR <br><br> **ORDER ENTERING TENTATIVE RULING ON MOTION TO DISMISS, FOR MORE DEFINITE STATEMENT, OR, IN THE ALTERNATIVE, TO STRIKE AS ORDER OF COURT** |

1. Pursuant to the parties' stipulation, the Court's Tentative Ruling Granting in Part and Denying in Part Defendants' Motion to Dismiss, or For More Definite Statement, or, in the alternative, to Strike Portions of Plaintiff's Complaint, ECF No. 59, shall be the Order of the Court. Accordingly, for the reasons set forth therein, Defendants' Motion to Dismiss, or For More Definite Statement, or, in the alternative, to Strike Portions of Plaintiff's Complaint, ECF No. 33, is GRANTED IN PART and DENIED IN PART.

2. Plaintiff shall have 28 days from the date of entry of this Order to file an amended complaint.

3. Any response to the amended complaint must be filed within 14 days after service.

4. The February 28, 2012 hearing on the motion is VACATED.

**IT IS SO ORDERED.**

February 28, 2012

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE**