Valarie H. Jonas (SBN 137525)
Melissa Wood Eisenberg (SBN 197399)
**MURCHISON & CUMMING, LLP**
275 Battery Street, Suite 550
San Francisco, California 94111
Telephone: (415) 524-4300
Facsimile: (415) 391-2058
E-Mail: vjonas@murchisonlaw.com
 meisenberg@murchisonlaw.com

Attorneys for Defendants
SECURITY ONE INTERNATIONAL, INC.,
FRANK GARDINER and CLAUDIO HAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| ADT SECURITY SERVICES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY ONE INTERNATIONAL, INC., FRANK GARDINER and CLAUDIO HAND,<br><br>Defendants. | CASE NO. 4:11-cv-05149-YGR<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION FOR WITHDRAWAL OF VALARIE JONAS AND MELISSA WOOD EISENBERG OF MURCHISON & CUMMING, LLP AND SUBSTITUTION OF ANDREW D. WINGHART OF THE WINGHART LAW GROUP AS COUNSEL FOR DEFENDANTS SECURITY ONE INTERNATIONAL, INC., FRANK GARDINER AND CLAUDIO HAND<br><br>JUDGE: Judge Yvonne Gonzalez Rogers<br>Action filed: October 20. 2011 |

The Court, having considered 1) the STIPULATION FOR WITHDRAWAL OF VALARIE H. JONAS AND MELISSA WOOD EISENBERG OF MURCHISON & CUMMING LLP AS COUNSEL FOR DEFENDANTS SECURITY ONE INTERNATIONAL, INC., FRANK GARDINER AND CLAUDIO HAND; and 2) the STIPULATION FOR SUBSTITUTION OF ANDREW D. WINGHART OF THE WINGHART LAW FIRM AS COUNSEL OF RECORD FOR DEFENDANTS SECURITY ONE INTERNATIONAL, INC., FRANK GARDINER AND CLAUDIO

1  HAND (the "Stipulation"), executed and filed by Valarie Jonas and Melissa Wood
2  Eisenberg of Murchison & Cumming LLP, Andrew D. Winghart of the Winghart Law
3  Group and defendants Security One International, Inc., Frank Gardiner and Claudio
4  Hand ("Defendants").

5      The Court hereby approves the Stipulation and authorizes Valarie Jonas and
6  Melissa Wood Eisenberg of Murchison & Cumming LLP to withdraw from the action as
7  counsel for Defendants effective as of the date of this Order, and further authorizes
8  Andrew D. Winghart of the Winghart Law Group to substitute into the action as counsel
9  of record for Defendants, effective as of the date of this Order.

10  **IT IS SO ORDERED.**
11  Dated: March 16, 2012

                YVONNE GONZALEZ ROGERS
                UNITED STATES DISTRICT JUDGE