# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., <br><br> Plaintiff, <br> vs. <br><br> SECURITY ONE INTERNATIONAL, INC., FRANK GARDINER and CLAUDIO HAND, <br><br> Defendants. | Case No. C 11-05149 YGR <br><br> [~~PROPOSED~~] ORDER DISMISSING DEFENDANT FRANK GARDINER WITHOUT PREJUDICE AND EXTENDING THE DEADLINE FOR PLAINTIFF ADT SECURITY SERVICES, INC. TO AMEND ITS COMPLAINT UNTIL MAY 10, 2012 |

After considering the Stipulation submitted by the parties,

**FRANK GARDINER** is **DISMISSED WITHOUT PREJUDICE** from this action (ADT and Frank Gardiner to bear their own attorneys' fees and costs);

ADT shall file a Second Amended Complaint on or before **May 10, 2012**; and

Defendants shall file their response(s) within 14 days of service of the Second Amended Complaint.

This Order Terminates Docket Number 75.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: May 1, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE