**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,**<br><br>　　　**Plaintiff,**<br><br>　　vs.<br><br>**SECURITY ONE INT'L, INC.** *et al.*,<br><br>　　　**Defendants.** | **Case No.: 11-CV-05149 YGR**<br><br>**ORDER DIRECTING PARTIES TO FILE DISPUTED DISCOVERY MATERIAL** |

By no later than **Monday, June 4, 2012**, the parties shall file the disputed discovery material that is the subject of the Joint Discovery Letter Brief, Dkt. No. 84. To the extent the parties would like the Court to consider other material that is referenced in the Joint Discovery Letter Brief, *e.g.*, excerpts from deposition transcripts, protective orders from other lawsuits, proposed modifications to the Protective Order in this lawsuit, the parties should file that material by no later than June 4, 2012, as well.

**IT IS SO ORDERED.**

Date: May 31, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**