**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**SECURITY ONE INT'L, INC.** *et al.*,<br><br>　　　　Defendants. | **Case No.: 11-CV-05149 YGR**<br><br>**ORDER REGARDING PARTIES' LETTER BRIEF CONCERNING DISCOVERY DISPUTES** |

The Court has reviewed the parties' Letter Brief Concerning Discovery Disputes, Dkt. No. 84, and **ORDERS** as follows:

1) Security One is entitled to discovery that is relevant to its unclean hands defense.
   - ADT's request for a protective order to define the scope of discovery that Security One may take in relation to its unclean hands defense is **DENIED**.

2) Security One must produce its customer list.
   - ADT's proposed cross-referencing procedure is a reasonable procedure to address Security One's privacy and confidentiality concerns.

3) The Administrative Motion to File Under Seal, Dkt. No. 88, is **DENIED**.

4) The Court will not take any further action with respect to the parties' Letter Brief Concerning Discovery Disputes, Dkt. No. 84. With the understanding of the Court's position on the issues addressed in this Order, the parties shall meet and confer to resolve any remaining discovery issues.

5) The Court will not issue sanctions at this time.

6) This Order Terminates Docket Numbers 84 & 88.

**IT IS SO ORDERED.**

Date: June 11, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**