# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., <br><br>　　　　　　Plaintiff, <br>vs. <br>SECURITY ONE INTERNATIONAL, INC., CLAUDIO HAND, SCELLUSALEADS and PURE CLAR, <br><br>　　　　　　Defendants. | Case No. C 11-05149-YGR <br><br>**[PROPOSED]** *MODIFIED* ORDER EXTENDING DEADLINE FOR CLAUDIO HAND TO FILE A REPLY IN SUPPORT OF HIS MOTION TO DISMISS; AND CONTINUING MOTION HEARING |

After considering the Stipulation submitted by the parties, **IT IS HEREBY ORDERED THAT** the deadline for Claudio Hand to file a Reply in Support of his Motion to Dismiss the Second Amended Complaint ("Motion to Dismiss") is hereby extended to **June 29, 2012**. The Court's Standing Order in Civil Cases advises that "*requests which, in effect do not allow the Court two weeks from the filing of the last brief until the scheduled hearing date are denied routinely*." *See* Standing Order in Civil Cases ¶ 3 (emphasis in original). There is good cause for the requested extension of time, but the parties' request shortens the time for the Court to consider the motion. Accordingly, the hearing date on the Motion to Dismiss is **CONTINUED** to **July 24, 2012**.

If the parties are unavailable on July 24, 2012, the parties shall advise the Court and list the upcoming Civil Law and Motion dates on which the parties are available.

This Order Terminates Docket Number 96.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: June 21, 2012

　　　　　　　　　　　　　　　　　　　*/s/ Yvonne Gonzalez Rogers*
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

CIVIL ACTION NO. 11-CV-5149-YGR