**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **ADT SECURITY SERVICES, INC.,**<br>    Plaintiff,<br>vs.<br>**SECURITY ONE INT'L, INC.** *et al.*,<br>    Defendants. | Case No.: 11-CV-05149 YGR<br><br>**ORDER REGARDING PARTIES' LETTER BRIEF CONCERNING CONFIDENTIALITY DESIGNATIONS** |

The Court has reviewed the parties' Letter Brief Concerning Confidentiality Designations, (Dkt. No. 109). The Court previously ordered Security One to produce its customer list to allow ADT to compare that list with a list of former ADT customers to determine which of Security One's current customers used to be ADT customers. (Dkt. No. 94.) ADT has since compiled a list of the results of the cross-referencing procedure (the "cross referencing list"). The Court understands the parties' dispute to be whether the confidentiality designation of the "cross-referencing list" should be changed from "Attorneys' Eyes Only-Highly Confidential" to "Confidential" to permit non-attorney members of ADT's in-house legal department to review the "cross-referencing list."

The Court **ORDERS** as follows:

1) The "cross-referencing list" will remain "Attorneys' Eyes Only-Highly Confidential" with respect to ADT.

2) The following non-attorney members of ADT's in-house legal department may review the "cross-referencing list" to assist in ADT's investigation and to provide assistance in compiling documents responsive to Security One's discovery requests:

- Paralegals; and
- Legal interns from accredited law schools that are currently on staff.

1. 3)   Any individual that reviews the "cross-referencing list" must sign the "Acknowledgement and Agreement to be Bound" as required by the Protective Order.

2. 4)   The Court will not take any further action with respect to the parties' Letter Brief Concerning Confidentiality Designations (Dkt. No. 109).  With the understanding of the Court's position on the issues addressed in this Order, the parties shall meet and confer to resolve any remaining issues not addressed in this Order.

3. 5)   The Court will not issue sanctions at this time.

**IT IS SO ORDERED.**

Date: August 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**