Andrew Winghart, Esq.
drew@winghartlaw.com
WINGHART LAW GROUP
495 Seaport Court, Suite 104
Redwood City, CA  94063
Telephone:  (510) 593-8546
Fax:  (866) 941-8593

John O'Bryan, Esq.
jobryan@freebornpeters.com
Megan Kokontis, Esq.
mkokontis@freebornpeters.com
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
Telephone:  (312) 360-6000
Fax:  (312) 360-6520

*Attorneys for Defendants Security One
International, Inc. and Claudio Hand*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| ADT SECURITY SERVICES, INC., | CIVIL ACTION No.  C 11-05149-YGR |
| Plaintiff, | [**PROPOSED**] ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFF'S MOTION FOR CONTEMPT AND CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| vs. | |
| SECURITY ONE INTERNATIONAL, INC., CLAUDIO HAND, SCELLUSALEADS and PURE CLAR, | |
| Defendants. | JURY TRIAL DEMANDED |

After considering the Stipulation submitted by the parties, IT IS HEREBY ORDERED THAT the briefing schedule and hearing date on Plaintiff's Motion for Contempt and the hearing date on Plaintiff's Motion for Default Judgment is extended and continued as follows: Defendants to file a Response to the Motion for Contempt on or before **October 5, 2012**;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
22
23
24
25
26
27
28

Plaintiffs to file a Reply on or before **October 12, 2012;** Hearing on Plaintiff's Motion for Contempt is continued to **November 13, 2012**; and Hearing on Plaintiff's Motion for Default Judgment is continued to **November 13, 2012.**

This Order Terminates Docket Number 122.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:  October 2, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**