Andrew Winghart, Esq.
drew@winghartlaw.com
WINGHART LAW GROUP
495 Seaport Court, Suite 104
Redwood City, CA 94063
Telephone: (510) 593-8546
Fax: (866) 941-8593

John O'Bryan, Esq.
jobryan@freebornpeters.com
Megan Kokontis, Esq.
mkokontis@freebornpeters.com
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Fax: (312) 360-6520

*Attorneys for Defendants Security One International, Inc. and Claudio Hand*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ADT SECURITY SERVICES, INC., | CIVIL ACTION No. C 11-05149-YGR |
| Plaintiff, | [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE |
| vs. | |
| SECURITY ONE INTERNATIONAL, INC., CLAUDIO HAND, SCELLUSALEADS and PURE CLAR, | JURY TRIAL DEMANDED |
| Defendants. | |

After considering the request submitted by the parties, IT IS HEREBY ORDERED THAT the settlement conference is continued to **November 29, 2012** at **9:30 a.m**. Parties shall submit their settlement conference statements no later than November 21, 2012.

**IT IS SO ORDERED.**

DATED: October 17, 2012

_____

IT IS SO ORDERED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA