# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.**, | Case No.: 11-CV-05149 YGR |
| Plaintiff, | ORDER |
| vs. | |
| **SECURITY ONE INT'L, INC.** *et al.*, | |
| Defendants. | |

The Court will hold an evidentiary hearing on ADT Security Services, Inc.'s Motion for Contempt, Dkt. No. 118. By no later than **October 26, 2012**, the parties shall meet and confer and file a *joint* statement containing the following information:

<u>**Witness List**</u>. A list of all witnesses likely to be called at the hearing, with a brief statement following each name describing the substance of the testimony to be given and a time estimate of the direct and cross examinations. This information shall be presented in chart format and organized by party. Witnesses not included on the list may be excluded from testifying.

<u>**Available dates**</u>. The parties shall advise the Court on which of the following dates they are available to schedule the hearing: November 14, November 15, November 28, and November 29. The parties may also provide the Court with additional dates in December 2012.

**IT IS SO ORDERED.**

Date: October 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**