United States District Court
Northern District of California

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

9

**ADT SECURITY SERVICES, INC.,**

10

**Plaintiff,**

11

**vs.**

12

**SECURITY ONE INTERNATIONAL, INC. *et al.*,**

13

**Defendants.**

14

**Case No.: 11-CV-5149 YGR**

**ORDER CONTINUING HEARINGS ON (1) MOTION FOR CONTEMPT; AND (2) MOTION FOR DEFAULT JUDGMENT**

15      TO ALL PARTIES AND COUNSEL OF RECORD:

16      YOU ARE HEREBY NOTIFIED THAT the hearings on ADT Security Services, Inc.'s Motion for

17   Contempt (Dkt. No. 118), and Motion for Default Judgment (Dkt. No. 121) are **CONTINUED** to **8:30**

18   **a.m.** on **December 18, 2012** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street,

19   Oakland, California, Courtroom 5.  The evidentiary hearing on the Motion for Contempt shall begin at

20   8:30 a.m. on December 18, 2012 and continue each day thereafter until completed.  After the hearing

21   on the Motion for Contempt is completed, the Court shall hear argument on the Motion for Default

22   Judgment.

23      By no later than **December 7, 2012**, the parties shall file and deliver to chambers three binders

24   with the following:

25      (1) Deposition Transcript Excerpts:  excerpts of the transcripts of the trial deposition

26          testimony that will be introduced at the hearing;

27      (2) Videotaped Trial Depositions:  the videotaped trial depositions that will be shown at the

28          hearing and the accompanying transcripts of the same;

1     (3) <u>Exhibits</u>:  all exhibits, charts, schedules, summaries, diagrams, and other documentary

2     material to be used at the hearing, together with a complete list of all such exhibits;

3     (4) <u>Proposed Findings of Fact and Conclusions of Law</u> on all material issues.  Proposed

4     Findings shall be brief, written in plain English and free of pejorative language,

5     conclusions and argument.  In addition to the copy in the binders, parties shall send an

6     electronic copy in Word format to ygrpo@cand.uscourts.gov.

7     Failure to comply with this Order may result in the exclusion of the evidence at the hearing.

8     **IT IS SO ORDERED.**

9

10    Date:November 2, 2012

                                _____

11                           **YVONNE GONZALEZ ROGERS**

                           **UNITED STATES DISTRICT COURT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

Northern District of California