**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,**<br><br>    Plaintiff(s),<br><br>vs.<br><br>**SECURITY ONE INTERNATIONAL, INC.** *et al.*,<br><br>    Defendant(s). | Case No.: 11-CV-05149 YGR<br><br>**ORDER REQUIRING PERSONAL APPEARANCE AND STRIKING DISCOVERY LETTERS (DKT. NOS. 146, 147 & 148)** |

The Court has received the parties' Joint Discovery Letter Briefs, Dkt. Nos. 146-148. The Court's Standing Order requires counsel to attest that they have met in person and to "concisely summarize [any] remaining issues" in *a* joint letter brief no longer than four pages. In filing multiple joint letters, the parties have circumvented the Court's processes.

The Clerk shall **STRIKE** Docket Numbers 146, 147 and 148 from the record.

Lead trial counsel with full authority to resolve all discovery disputes *and* the principal attorney involved in the meet and confer process for each party are hereby **ORDERED** to appear personally at the Federal Courthouse on **Monday, November 26, 2012** at **9:00 a.m.** The parties shall, upon arrival, inform the Courtroom Deputy, Frances Stone, in the Clerk's Office, that they have appeared and shall proceed to meet and confer to resolve the outstanding discovery issues. Conference rooms are available in the Attorney Lounge on a first-come, first-served basis. The parties shall advise Ms. Stone when they have concluded their in-person meeting before requesting the Court's personal attention to address any remaining issues.

The parties shall bring with them any and all materials which may bear on resolution of the discovery disputes, including the imposition of sanctions.  This includes documents sufficient to show the manner and tenor of communications between the parties with regard to the disputes.  The Court may issue sanctions against any party or parties deemed to have acted unreasonably with regard to these disputes.

This Order terminates Dkt. Nos. 146, 147 & 148.

**IT IS SO ORDERED.**

Dated: November 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**