United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,** | **Case No.: 11-CV-05149 YGR** |
| **Plaintiff,** | **ORDER** |
| vs. | |
| **SECURITY ONE INT'L, INC.** *et al.*, | |
| **Defendants.** | |

     **Live Testimony**.  The Court will hear only live witness testimony at the hearing on the Motion for Contempt.  The Court will separately review the other material submitted.  Beginning at **8:30 a.m.** on **December 18, 2012**, each side will have 2 hours to present live witness testimony.

     **Oral Argument**.  If necessary, oral argument will be heard on **Wednesday, December 19, 2012** at **8:30 a.m.**, with each side allocated 30 minutes to present argument.

     **Updated Witness Lists**.  By no later than **5 p.m. today, Monday, December 10, 2012**, the parties must file updated witness lists to identify the individuals that made the representations to each witness.  This information still should be presented in chart format, with a brief statement following each witness name describing the substance of the testimony to be given, and also include the identity of the individuals that made the representations to the witness.  Time estimates for the testimony is not necessary.  The updated witness lists can be filed separately.

     **IT IS SO ORDERED.**

Date: December 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**