# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.**, | Case No.: 11-CV-05149 YGR |
| **Plaintiff,** | **ORDER REQUIRING DEPOSITION DESIGNATIONS** |
| vs. | |
| **SECURITY ONE INT'L, INC.** *et al.*, | |
| **Defendants.** | |

By no later than **10:00 a.m.** on **Wednesday, December 12, 2012**, to the extent that either party has not already done so, each party needs to identify the relevant portions of each:

(1) deposition transcript excerpt that the party intended to introduce at the hearing on Motion for Contempt; and

(2) videotaped trial deposition that the party intended to introduce at the hearing.

Transcript designations should cite to the page and line number (*see, e.g.,* Dkt. No. 157-5, at 2-3); and timestamps should be used for designating videotapes.

**IT IS SO ORDERED.**

Date: December 11, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**