**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,** | **Case No.: 11-CV-5149 YGR** |
|     **Plaintiff,** | **ORDER STRIKING SUPPLEMENTARY EVIDENCE** |
|     **vs.** | |
| **SECURITY ONE INTERNATIONAL, INC.** *et al.*, | |
|     **Defendant(s).** | |

The parties were directed to file deposition transcript excerpts by no later than December 7, 2012. (*See* Dkt. No. 139.) On December 12, 2012, Defendants Security One International, Inc. and Claudio Hand supplemented their filings.

The Clerk shall **STRIKE** from the record the Exhibits attached to Defendants' Supplemental Deposition Excerpts, Docket Numbers 170-1, 170-2, 170-3, 170-4.

**IT IS SO ORDERED**.

Date: December 12, 2012

                                    **YVONNE GONZALEZ ROGERS**
                                    **UNITED STATES DISTRICT COURT JUDGE**