# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., | ) Case No. C-11-05149 YGR |
| | ) |
| Plaintiff, | ) **ORDER DENYING AS MOOT DEFENDANTS'** |
| | ) **MOTION TO APPEAR TELEPHONICALLY AT** |
| vs. | ) **DECEMBER 18, 2012 EVIDENTIARY HEARING** |
| | ) |
| SECURITY ONE INTERNATIONAL, INC. et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendants' Motion to Appear Telephonically at the December 18, 2012 evidentiary hearing is **DENIED AS MOOT.**

This Order Terminates Docket Number 173.

**IT IS SO ORDERED.**

**Date:  December 20, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**