**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,** | **Case No.: 11-CV-05149 YGR** |
| **Plaintiff,** | **ORDER REGARDING PARTIES' JOINT DISCOVERY LETTER BRIEF** |
| vs. | |
| **SECURITY ONE INT'L, INC.** *et al.*, | |
| **Defendants.** | |

The parties have filed a Joint Discovery Letter Brief, (Dkt. No. 202), which asks the Court to resolve the following discovery issue:

> Whether ADT should be permitted, outside of the constraints of ordinary merits discovery, to depose former ADT customers and defendant Claudio Hand concerning alleged violations of the terms of the Court's January 3, 2013, order barring the use of false claims of affiliation with alarm system manufacturers GE and Honeywell.

The Court understands that "Security One has agreed to depositions concerning complaints that ADT first became aware of on or after March 15." Accordingly, the Court will address only those depositions to which Security One has not agreed—depositions concerning complaints that ADT first became aware of *before* March 15, 2013.

ADT has not made a sufficiently persuasive showing that Defendants have violated the terms of the Court's January 3, 2013 Order so as to justify ordering the requested discovery.

Without further order of the Court, the use of any agreed to depositions shall be limited to proving violations of the injunction.

This Order Terminates Docket Number 202.

**IT IS SO ORDERED.**

Date: April 9, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**