David J. Millstein, Esq. (SBN 87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, California 94105
Tel: 415.348-0348
Fax: 415.348-0336
dmillstein@millstein-law.com

C. Sanders McNew. Esq.[1]
McNEW P.A.
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida 33431
Tel: 561.299.0257
Fax: 561.299.3705
mcnew@mcnew.net

*Attorneys for Plaintiff, ADT Security Services, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ADT SECURITY SERVICES, INC., <br><br> Plaintiff, <br> vs. <br><br> SECURITY ONE INTERNATIONAL, INC., CLAUDIO HAND, SCELLUSALEADS and PURE CLAR, <br><br> Defendants. | CIVIL ACTION No. C 11-05149-YGR <br><br> [~~PROPOSED~~] ORDER EXTENDING THE DEADLINES FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY CUTOFF <br><br> JURY TRIAL DEMANDED |

---

[1] Admitted *Pro Hac Vice*.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED, that the deadline for expert
2
3  disclosures is extended from May 8, 2013 to May 22, 2013; the deadline for disclosure of rebuttal
4  experts is extended from June 8, 2013 to June 24, 2013; and the expert discovery cutoff is
5  extended from July 1, 2013 to July 22, 2013.

6
7  Dated:      April 26 , 2013.          _____
                                          United States District Judge Gonzalez Rogers