UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SECURITY ONE INTERNATIONAL, INC. *et al.*, <br><br> Defendant(s). | Case No.: 11-CV-05149 YGR <br><br> ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

The Motion to Withdraw as Counsel is **GRANTED**.[1]

Accordingly, Pepper Hamilton LLP, and its attorneys who entered appearances in this action (Robert Hickok, M. Kelly Tillery, Joseph Crawford, Harry P. "Hap" Weitzel, Jeffrey M. Goldman, Megan Kearney and Noah Robbins) are hereby withdrawn as counsel of record for ADT Security Services, Inc. in this case, and the Clerk shall take all necessary steps to ensure that those attorneys are removed from the Court's ECF service list.

This terminates Docket No. 204.

**IT IS SO ORDERED**.

Date: April 29, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for May 28, 2013.