UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADT SECURITY SERVICES,** | **Case No.: 11-CV-5149 YGR** |
| **Plaintiff,** | **ORDER CONTINUING CONTEMPT MOTION AND RE-SETTING TRIAL DATE** |
| v. | |
| **SECURITY ONE INTERNATIONAL, INC.,** *et al.*, | |
| **Defendants.** | |

The Court hereby **CONTINUES** the Motion for Contempt of the Court's January 3, 2013 Order, brought by Plaintiff ADT Security Services against Defendants Security One International, Inc., and Claudio Hand. (Dkt. No. 212.) The record before the Court is insufficient to decide the Motion. Accordingly, the Court shall hear the Motion concurrently with the trial in this matter. The Court **VACATES** the motion hearing set for July 23, 2013.

Whereas the Motion for Contempt of this Court's January 3, 2013 Order requires a hearing;

Whereas discovery in this case has been closed since May 24, 2013;

Whereas no dispositive motions are now before the Court and the case is not amenable to summary judgment procedures; and

Whereas the Court has an inherent interest in managing its docket;

1   **ACCORDINGLY, AND GOOD CAUSE APPEARING, THE COURT HEREBY RE-SETS** the trial of this
2   case, from December 9, 2013 to **Monday, September 16, 2013.**  The trial shall last no longer than
3   **five (5) court days**.  The following pre-trial related dates are also Re-Set:

4   1. A pre-trial Compliance Hearing is set for Monday, August 12, 2013, at 2:01 p.m.  The purpose of the Compliance Hearing is to confirm that counsel have timely met and conferred as required by the Standing Pretrial Instructions Order and any specific such order for this action.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a Joint Statement confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a Joint Statement in a timely fashion.  Failure to do so may result in sanctions.

2. The Joint Pretrial Conference Statement is due on August 19, 2013.

3. The pretrial conference shall be held on Tuesday, September 3, 2013, at 10:00 a.m.

**IT IS SO ORDERED**.

July 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**