**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADT SECURITY SERVICES,** | **Case No.: 11-CV-5149 YGR** |
|     **Plaintiff,** | **ORDER RE: TRIAL SCHEDULE** |
|     v. | |
| **SECURITY ONE INTERNATIONAL, INC.,** *et al.*, | |
|     **Defendants.** | |

The Court hereby **GRANTS** Plaintiff's administrative motion for leave to take the trial testimony of Dr. David Stewart out of order. If Dr. Stewart is permitted to testify, he shall testify on September 16, 2013.

At the pre-trial conference on September 3, 2013, the Court will consider whether to select the jury on September 13, 2013.

**IT IS SO ORDERED**.

Dated: July 25, 2013

                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**