UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,** | Case No.: C-11-5149 YGR |
| **Plaintiff,** | **ORDER VACATING COMPLIANCE HEARING** |
| vs. | |
| **SECURITY ONE INTERNATIONAL, INC.,** *et al.*, | |
| **Defendants.** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On August 5, 2013, the parties in this action filed a Joint Compliance Statement representing that they had complied with this Court's pre-trial meet-and-confer requirements. Dkt. No. 228. The Court is satisfied with the parties' statement of compliance and, accordingly, **VACATES** the compliance hearing set for August 12, 2013, at 2:01 p.m.

**IT IS SO ORDERED.**

Dated: August 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**