**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,** | Case No.: 11-CV-05149 YGR |
| **Plaintiff,** | **SCHEDULING ORDER RE: MOTION TO EXCLUDE EXPERT TESTIMONY** |
| vs. | |
| **SECURITY ONE INTERNATIONAL, INC.** *et al.*, | |
| **Defendant(s).** | |

In light of the changes to the trial schedule in this case, the Court issues the following Scheduling Order with respect to the pending Motion to Exclude the Expert Testimony of Dr. David Stewart and Carlyn Irwin (Dkt. No. 227):

Any opposition to the Motion shall be filed no later than **August 16, 2013.**

Any reply to the opposition shall be filed no later than **August 23, 2013.**

The hearing on the Motion is advanced to **September 3, 2013, at 2:00 p.m.**

**IT IS SO ORDERED**.

Dated: August 14, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**