**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,** | Case No.: 11-CV-05149 YGR |
| **Plaintiff,** | **ORDER RE DISCOVERY LETTER (DKT. 281)** |
| vs. | |
| **SECURITY ONE INTERNATIONAL, INC.** *et al.*, | |
| **Defendant(s).** | |

The Court is in receipt of plaintiff's request and the joint discovery brief, Docket Number 281, dated August 28, 2013. Given that time is of the essence, balancing the myriad competing interests, and having conducted a telephonic conference with the parties, the Court **HEREBY AUTHORIZES AND ORDERS** the telephonic deposition of Matt Schaberg, not to exceed two hours.

**IT IS SO ORDERED**.

Dated: August 29, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**