**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| ADT SECURITY SERVICES, INC., | CIVIL ACTION No. C 11-05149-YGR |
| Plaintiff, | **AMENDED ORDER PERMITTING ELECTRONIC EQUIPMENT AND DOCUMENTS DURING TRIAL** |
| vs. | |
| SECURITY ONE INTERNATIONAL, INC., CLAUDIO HAND, SCELLUSALEADS and PURE CLAR, | JURY TRIAL DEMANDED |
| Defendants. | |

Upon consideration of Defendant's Security One International, Inc. and Claudio Hand's request to bring electronic equipment and documents through court security and into the courtroom for the jury trial in the above-captioned cause, **IT IS HEREBY ORDERED THAT:**

Defendant's representatives from the law firm of Freeborn & Peters may access the internet and bring the following items to Court Room 5 – 2nd Floor for the duration of the Trial, scheduled to begin on Monday, September 16, 2013, at 8:30 a.m.**:**

HP LaserJet Professional 1102w Printer; extra toner cartridge for same; up to four laptops; up to 3 iPads; up to 3 mobile phones; 1 Verizon 4G LTE wireless card; miscellaneous cords, peripherals, and power cords to connect equipment; power strip(s); gaffers tape (if needed); up to 8 boxes of documents; ~~and any further incidental information technology equipment required for the jury trial in this case~~.

**IT IS SO ORDERED.**

DATED: September 6, 2013

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge