David J. Millstein, Esq. (SBN 87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, California 94105
Tel: 415.348-0348
Fax: 415.348-0336
dmillstein@millstein-law.com

C. Sanders McNew (admitted *pro hac vice*)
McNEW P.A.
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida  33431
Tel: 561.299.0257
Fax: 561.299.3705
mcnew@mcnew.net

Andrew Winghart, Esq.
drew@winghartlaw.com
WINGHART LAW GROUP
495 Seaport Court, Suite 104
Redwood City, CA  94063
Telephone: (510) 593-8546
Fax: (866) 941-8593

John O'Bryan, Esq. (admitted *pro hac vice*)
jobryan@freebornpeters.com
Megan Kokontis, Esq. (admitted *pro hac vice*)
mkokontis@freebornpeters.com
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
Telephone: (312) 360-6000
Fax: (312) 360-6520

*Attorneys for the Plaintiff,*
*ADT Security Services, Inc*.

*Attorneys for Defendants Security One*
*International, Inc. and Claudio Hand*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ADT SECURITY SERVICES, INC.,<br><br>Plaintiff,<br>vs.<br><br>SECURITY ONE INTERNATIONAL, INC., *et al*.,<br><br>Defendants. | CIVIL ACTION No. C 11-05149 YGR<br><br>~~PROPOSED~~ **ORDER REGARDING TRIAL STIPULATIONS**<br><br>Trial Date: September 16, 2013<br>Time: 8:00 a.m.<br><br>JURY TRIAL DEMAND |

Plaintiff ADT Security Services, Inc. ("ADT") and Defendants Security One International, Inc. and Claudio Hand ("Defendants") jointly submit this Proposed Order regarding trial stipulations. The parties agree that the terms of this stipulation shall not be binding or effective unless and until the Court accepts the stipulated terms in their entirety. The parties reserve the right to withdraw agreement to any or all terms if the Court chooses not to accept any term.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, as follows:

### TRIAL STIPULATIONS AND PROPOSED ORDER

1. The parties stipulate that counsel will produce employees of their respective clients listed on the witness lists to testify in this action.

2. The parties stipulate that the court may take judicial notice of the number of households in the United States as published on the U.S. Census bureau website, 114,761,359 for 2007-2011.

3. The parties stipulate that for any witness who is testifying via trial deposition rather than through live testimony, the relevant excerpts will be read into the record by an attorney and paralegal or by two attorneys for the party offering the witness or designation.

4. The parties stipulate that to the extent that recordings are played during the trial, the parties agree to waive the court reporting of said recordings.

5. The parties stipulate that any evidence or testimony regarding any of Defendants' insurance is inadmissible.

6. The parties stipulate that ADT is precluded from introducing at trial (via proposed jury instruction or otherwise) any evidence regarding any provisions of the Lanham Act not included in the Fourth Amended Complaint, in particular 15 U.S.C. § 1125(a)(1)(B).

7. The parties stipulate that ADT will not seek as damages disgorgement of Security One's profits.

8. The parties stipulate to incorporate into the trial record without the necessity of supporting testimony or exhibits the undisputed fact that Security One has not been a Honeywell

dealer or affiliated with Honeywell, nor has Honeywell at any time authorized Security One to represent itself as having an business relationship or affiliation with Honeywell or use its logo during the time period relevant to this case; however, Security One has legally sold and installed Honeywell equipment during the relevant period.

**IT IS SO STIPULATED.**

Dated:  August 27, 2013                                  Respectfully submitted,

                                                         MILLSTEIN & ASSOCIATES

                                                         By:  /s/ David J. Millstein
                                                              David J. Millstein

                                                         McNEW P.A.

                                                         By:  /s/ C. Sanders McNew
                                                              C. Sanders McNew

                                                         *Attorneys for the Plaintiff,*
                                                           *ADT Security Services, Inc.*


                                                         FREEBORN & PETERS LLP

                                                         By:   /s/John O'Bryan
                                                               John O. Bryan

                                                         *Attorneys for Defendants Security One*
                                                         *International and Claudio Hand*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   September 9    , 2013.        _____
                                        United States District Judge Gonzalez Rogers

PROPOSED ORDER RE TRIAL STIPULATIONS                                    Case No. C-11-05149-YGR

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David J. Millstein, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of August 2013, at San Francisco, California.

                                          /s/ David J. Millstein
                                          David J. Millstein