UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SECURITY SERVICES,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITY ONE INTERNATIONAL, INC., *et al.*,<br><br>    Defendants. | Case No.: 11-CV-5149 YGR<br><br>PRETRIAL ORDER NO. 6 RE: TIMING OF OPENING STATEMENTS; PERMISSION FOR EXPERTS TO VIEW TRIAL PROCEEDINGS |

**I.   OPENING STATEMENTS**

Opening statements shall be given Monday, September 16, 2013.  The testimony of Dr. David Stewart shall follow directly after opening statements.

**II.   EXPERTS PERMITTED TO VIEW PROCEEDINGS**

Expert witnesses may view the trial proceedings for purposes of formulating rebuttals to other experts in the event the Court finds it appropriate for an expert to offer opinions beyond those expressed in the expert's written report.

**IT IS SO ORDERED**.

Dated: September 12, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE