# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ADT SECURITY SERVICES, INC., | CIVIL ACTION No. C 11-05149 YGR |
| Plaintiff, | **PRETRIAL ORDER NO. 7 RE: DISPUTED DISCOVERY EXCERPTS - PARTIAL** |
| vs. | |
| SECURITY ONE INTERNATIONAL, INC., *et al.*, | Trial Date: September 16, 2013<br>Time: 8:00 a.m. |
| Defendants. | JURY TRIAL DEMAND |

Pending before this Court are Plaintiff ADT Security Services, Inc. ("ADT") and Defendants Security One International, Inc. and Claudio Hand ("Defendants") Joint List of Discovery Excerpts and the Disputed Designations.  The Court having considered the legal objections made, **HEREBY ORDERS** as follows:

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| PLAINTIFF'S DESIGNATIONS | | | |
| 1. | Answer to Request to Admit (Plaintiff's Designation) | Defendant Security One International, Inc.'s Answer to Plaintiff's First Set of Requests for Admission, Request No. 15 | Reserves |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| 2. | Answer to Request to Admit (Plaintiff's Designation) | Defendant Security One International, Inc.'s Answer to Plaintiff's First Set of Requests for Admission, Request No. 16 | Reserves |
| 6. | Deposition of Sharlene Dore (Defendants' Counter-Designation) | 10:23-25;<br>11:5-22 | 10:23-25 - Sustained<br>11:5-22 - Overruled |
| 7. | Deposition of Jamie Tandberg (Plaintiff's Designation) | 13:18-25;<br>14:8-24;<br>15:6-7;<br>15:14-16;<br>15:18;<br>15:20-23;<br>16:1-2;<br>16:4;<br>17:14-16;<br>17:18;<br>19:17-19;<br>30:24-31:1;<br>31:3;<br>31:8-32:6;<br>33:4-14;<br>34:2-4 | Objections sustained to designations:<br>13:18-25;<br>14:8-24;<br>15:6-7;<br>15:14-16;<br>15:18;<br>15:20-23;<br>16:1-2;<br>16:4;<br>17:14-16;<br>17:18;<br>31:19-32:1<br><br>Objections overruled to<br>19:17-19<br>30:24-31:1<br>31:3<br>31:8-18<br><br>Court reserves on the remaining designations for a proffer on the purpose for which they are offered |
| 8. | Deposition of Jamie Tandberg (Defendants' Counter-Designation) | 17:24-18:3;<br>40:17-25;<br>42:4-44:22 | 17:24-18:3 designation is moot<br>40:17-25: objections overruled.<br>40:23 is stricken<br>42:4-44:22: overruled |
| 9. | Deposition of Pamela McCollom (Plaintiff's | 16:1-16:7;<br>16:11-14;<br>22:4-11 | Designations are withdrawn |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| | Designation) | | |
| 10. | Deposition of Pamela McCollom (Defendants' Counter-Designation) | 34:3-10; 36:23-37:2 | 34:3-10 overruled.  34:6-7 is stricken 36:23-37:2 |

**DEFENDANTS' DESIGNATIONS**

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| 11. | Arta Motadel Deposition Transcript (Defendants' Designation) | 8:14-21; 11:24-12:1; 12:24; 14:10; 21:22-22:13; | 8:14-21 overruled 11:24-12:1 overruled 12:24 sustained 14:10 sustained 21:22-22:13 overruled |
| 12. | Richard Weiner Deposition Transcript (Defendants' Designation) | 9:25-10:5 | 9:25-10:5 sustained |
| 18. | Carlos Mejia Deposition Transcript (Defendants' Designation) | 11:17-20; 11:21-12:5; 17:20-23; 18:1-5; 18:14-20; 18:23-19:2 ; 19:9-10; 19:12; 49:4-5; 49:7; 59:14-19; 59:21-25; 35:9-39:22; 40:25-41 | Reserves |
| 19. | Carlos Mejia Deposition Transcript (Plaintiff's Counter-Designation) | 27:16-28:19; 29:6-9; 29: 25-30:5; | 27:16-28:19 overruled 29:6-9 overruled 29: 25-30:5 overruled |
| 20. | Percy Green Deposition Transcript | 12:4-6; 12:11-14; 12:16-22; | 12:4-6 overruled 12:11-14 overruled 12:16-18 overruled |

| No. | Form of Excerpt | Designation in Dispute | Court's Ruling |
|---|---|---|---|
| | (Defendants' Designation) | | 12:19-22 sustained |
| 21. | Interrogatory Response (Defendants' Designation) | ADT's supplemental response to Defendants' Interrogatory No. 4 | Designations are withdrawn |

**IT IS SO ORDERED.**

Dated: September 13, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**