UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

Date: September 16, 2013          JUDGE: Yvonne Gonzalez Rogers

Time: 8:10am-8:25am; 8:51am-10:11am; 10:29am-11:55am; 12:11pm-1:32pm.

Counsel: 1:34pm-1:50pm and 4:00pm-4:51pm.

Case No:  C-11-5149-YGR

Case Name: ADT v Security One Int'l Inc.

Attorney(s) for Plaintiff:   David Millstein
                             Charles Sanders McNew
                             Sherry Hamilton
                             Hannah S. Lim
                             Tony Wells

Attorney(s) for Defendant: John O'Bryan
                             Andrew D. Winghart
                             Megan M. Kokontis
                             Claudio Hand

Deputy Clerk: Frances Stone          Court Reporter: Raynee Mercado

### PROCEEDINGS

FURTHER TRIAL: Tuesday, 9/17/13 at 8:30am.

Voir Dire Began: 9/13/13     Trial Began: 9/16/13

Trial ended:

**Trial Motions:**


**Trial Proceedings:**
Case called and discussion with counsel. Recess.
Judge gives Preliminary Instructions to Jury. Plaintiff Attorney David Millstein Opening Statement. Defendant Attorney Megan Kokontis Opening Statement.
Joint Exhibit A , Stipulations of Fact read into record by the Court.


Plaintiff calls witness David Wayne Stewart, Ph.D.
Plaintiff calls witness Werner Zehr
Plaintiff calls witness John Scharfeld