UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

Date: September 23, 2013              JUDGE: Yvonne Gonzalez Rogers

Time re Counsel: 11:14am-11:22am and 3:10pm-3:41pm

Case No:  C-11-5149-YGR

Case Name: ADT v Security One Int'l Inc.

Attorney(s) for Plaintiff:   David Millstein
                             Charles Sanders McNew
                             Hannah S. Lim


Attorney(s) for Defendant: John O'Bryan
                           Andrew D. Winghart
                           Megan M. Kokontis


Deputy Clerk: Frances Stone              Court Reporter: Raynee Mercado

### PROCEEDINGS

Voir Dire Began: 9/13/13     Trial Began: 9/16/13
Trial ended: as of  9/23/13


### Trial Proceedings:

Proceedings today with counsel and court only; Jury not present.

**8:00am** Counsel informed CRD that counsel were working out a settlement agreement for the case and requested more time this morning to do so.

**11:14am**: Discussion with counsel. Attorneys to return at 3:00pm today regarding a Settlement in this case.

**3:10pm**: Discussion with counsel. Court determined that discussion on the record is sufficient as to executing terms of Settlement Agreement. CASE SETTLED. Proposed Permanent Injunction submitted to the Court.

CRD will contact jurors by telephone immediately following proceeding today. Court sets compliance hearing for Friday, 10/4/13 at 9:01 as to the filing of a dismissal in this case.