**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,** | Case No.: **11-CV-5149 YGR** |
| Plaintiff, | **ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |
| vs. | |
| **SECURITY ONE INTERNATIONAL, INC.,** | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has approved a settlement in the above-captioned matter, into which the parties entered following the close of evidence at trial. All remaining trial dates have been **VACATED** and the jury **DISCHARGED**.

The parties have represented to the Court that they intend to file a formal notice of dismissal after September 26, 2013. A compliance hearing shall be held on **Friday, October 4, 2013** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5. At least five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: September 24, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**