# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.,** | Case No.: 11-CV-5149 YGR |
| Plaintiff, | **ORDER ENTERING STIPULATED INJUNCTION, VACATING COMPLIANCE HEARING, AND DISMISSING CASE** |
| vs. | |
| **SECURITY ONE INTERNATIONAL, INC.,** *et al.*, | |
| Defendants. | |

The Court, having **ENTERED** an injunction as an Order of this Court pursuant to the parties' settlement, **VACATES** the compliance hearing set for Friday, October 4, 2013.

The Court hereby **DISMISSES** this case with prejudice, each side to bear its and/or his own costs.

**IT IS SO ORDERED.**

Dated: October 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**