UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADT SECURITY SERVICES, INC.**,<br>　　　　Plaintiff,<br>　　v.<br>**SECURITY ONE INTERNATIONAL, INC., ET AL.**,<br>　　　　Defendants. | Case No.  11-cv-05149-YGR<br><br>**ORDER RESETTING HEARING DATES, MODIFYING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 377, 391 |

　　Plaintiff ADT Security Services, Inc. ("ADT") has filed a Motion for Order to Show Cause regarding alleged contempt by Defendant Security One International Inc. ("Security One"), currently set for hearing on May 24, 2016. (Dkt. No. 377.)  Defendant Security One has also filed a Motion for Order to Show Cause regarding alleged contempt by ADT, currently set for hearing on June 14, 2016.  (Dkt. No. 391.)

　　The Court **ORDERS** that the hearing on both motions is **RESET** to **June 7, 2016**, at 2:00 p.m. in Courtroom 1, 1301 Clay Street, Oakland, California.  ADT's response to Security One's motion is due no later than **May 18, 2016**.  Security One's reply is due no later than **May 24, 2016**.

　　**IT IS SO ORDERED.**

Dated: May 13, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**